UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

--------------------------------------------------------------X

JAIRO L. GUERRA,

                          Plaintiff,                          <u>ORDER</u>

v.

ADAM RENWICK and JONATHAN MOSQUERA,          19-cv-6900 (PMH)

                          Defendants.

--------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

          The Court has been informed that the Parties have reached a settlement in principle in

this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within thirty (30) days of this Order. Any application to reopen

filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any

pending motions are DISMISSED as moot, and all conferences are CANCELED.

SO-ORDERED.


     Dated: New York, New York
            September 23, 2020

                                             _____
                                             Philip M. Halpern
                                             United States District Judge